U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 FEB 16 PM 2: 51

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No.: 5:17-CR-21 |
| ) | |
| HILARY DENAULT-REYNOLDS, ) | |
| Defendant ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT I

In or about the fall and winter of 2015, in the District of Vermont, the defendant, HILARY DENAULT-REYNOLDS, knowingly received visual depictions, including but not limited to the video file, Pthc - 2 yo stab anal vagina.wmv, using a means and facility of interstate commerce, and that have been mailed and shipped and transported in and affecting interstate commerce, by any means including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct.

(18 U.S.C. § 2252(a)(2))

## COUNT II

On or about November 17, 2016, in the District of Vermont, the defendant, HILARY DENAULT-REYNOLDS, knowingly possessed at least one matter, which contains a visual depiction that had been shipped and transported using any means and facility of interstate commerce and in and affecting interstate commerce, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(18 U.S.C. §§ 2252(a)(4)(B))

A TRUE BILL

FOREPERSON

_____ (CEN)

Eugenia A. P. Cowles
Acting United States Attorney
Burlington, Vermont
February 16, 2017